E-FILED: **8/26/10**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIMON DAVIES, et al.** ) | **CASE NO. CV 09-8724-GHK (RCx)** |
| **Plaintiffs,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| **GETFUGU, INC., et al.,** ) | |
| **Defendants.** ) | |
| _____ ) | |

Pursuant to our August 26, 2010 Order granting the Motion to Dismiss in part, Claims 1, 2, 3, and 4 of the First Amended Complaint ("FAC") are **DISMISSED with prejudice**.  Pursuant to 28 U.S.C. § 1367(c)(3), all of the remaining state law claims in the FAC are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: August 26, 2010

_____
GEORGE H. KING
United States District Judge